IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON HARRISON,

        Petitioner,

vs.                                       No. CV 19-00303 KG/KRS

UNITED STATES OF AMERICA,

        Respondent.

## **ORDER TO TRANSFER**

THIS MATTER is before the Court *sua sponte* on the Petitioner's Request for an Order Instructing the Bureau of Prisons filed by Petitioner, Jason Harrison, which the Court construes as a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) ("Petition"). In his Petition, Harrison seeks habeas corpus relief in the form of an order instructing the Bureau of Prisons regarding accumulation of good conduct time. (Doc. 1 at 1-2). The Court orders that the case be transferred to the United States District Court for the District of Colorado, the District of Harrison's incarceration.

Harrison was convicted and sentenced in the District of New Mexico. *See* No. CR 16-03803 KG. However, Harrison's Petition does not challenge his conviction or sentence in CR 16-03803 KG but, instead, challenges the manner in which his sentence is being carried out by the Bureau of Prisons. A motion pursuant to § 2241 challenging such matters as the administration of parole, computation of a prisoner's sentence by prison officials, prison disciplinary actions, prison transfers, type of detention and prison conditions must be brought in the federal district of the prisoner's incarceration, not in the district of conviction. *Rumsfeld v. Padilla,* 452 U.S. 426, 442-43 (2004).

1

Harrison may seek habeas corpus review of confinement only in the federal district where Harrison is incarcerated. Harrison is presently incarcerated at FCI Florence in the District of Colorado. (Doc. 4). This Court lacks jurisdiction over Harrison's Petition and will transfer this proceeding to the United States District Court for the District of Colorado. *Rumsfeld v. Padilla,* 452 U.S.at 442-43.

**IT IS ORDERED** that the **CLERK** is directed to **TRANSFER** this case to the United States District Court for the District of Colorado.

_____
UNITED STATES DISTRICT JUDGE